UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MILLER,<br><br>   Plaintiff,<br><br>   v.<br><br>HEATHER SHIRLEY, et al.,<br><br>   Defendants. | No. 1:23-cv-00510-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(ECF No. 5) |

Plaintiff Charles Miller is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this case without prejudice due to Plaintiff's failure to comply with the Court's order to file a signed complaint or a notice of voluntary dismissal and Plaintiff's failure to prosecute.  (ECF No. 5.)  The findings and recommendations contained notice that Plaintiff had fourteen days within which to file objections.  That deadline has passed, and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on July 11, 2023, (ECF No. 5), are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to comply with a Court order and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE

2